# EXHIBIT "I"



# Forensic Investigation Examination Report

## Case Information

| Case Number | 2024-04-277 |
|---|---|
| Examiner Name | Jen Swihart, EnCE |
| Description | AAG Practice Resignation |
| Subjects | Mitchell McCann<br>Wesley McCann<br>Nicole Obarto |

# Evidence

| Name | Acquisition MD5 | Verification MD5 | Evidence Number | Examiner Name |
|---|---|---|---|---|
| 69295 Nicole Obarto | 9946e4563d1d755569bff8d51da88461 | 9946e4563d1d755569bff8d51da88461 | 69295 | Jen Swihart, EnCE |
| 69294 - Wesley McCann | 067f5048bbdc22242697a5fea75152f9 | 067f5048bbdc22242697a5fea75152f9 | 69294 | Jen Swihart, EnCE |
| 69293 Mitchell McCann | 421ae47050d9726eca326987ee166aa0 | 421ae47050d9726eca326987ee166aa0 | 69293 | Jen Swihart, EnCE |

# Summary

A review was requested of the McCann practice post their resignation from Ameriprise Financial Services. A review was conducted of the following items:

- Box Activity History
- Printer History
- One Drive
- Browser History
- Email for the preceding 30 days
- DLP Alerts
- Computers

Overall, some unusual activity was found in the printing and email reviews, and no unusual activity was found in the remainder of the reviews, detail to follow.

Evidence of printing of client information prior to their departure was found in multiple instances for Wesley and Mitchell McCann. In addition, Wesley McCann, emailed many documents to his personal gmail account, including client summaries and client lists.

In addition, it was found the Mitchell McCann had the same personal email address he used for emailing documents assigned to adults in his household.

# Detail of Review

## Box Activity History

Wesley and Mitchell McCann had little to no Box activity, and nothing of note. Nicole Obarto had the most activity, but after review, nothing unusual was found.

## OneDrive

No unusual documents were found on any of the users' OneDrve accounts.

## DLP Alerts

No unusual DLP alerts were found for any of the users or their devices.

Prepared by: Jen Swihart                                             Date of Report: 05/10/24

## Browser History

No unusual activity was found for any of the users.

## Computer Review

No USB devices were found to have been connected to any of the 3 computers. Many items were deleted from the devices prior to their last day at Ameriprise, including some of the printed documents. We were able to recover some of the deleted and printed documents.

A possible new website was also found for Guardian Partners Wealth Management:

### Guardian Partners Wealth Management

**46) History**

| | |
|---|---|
| Item Path | 69294 - Wesley McCann\E\Users\wcann11\AppData\Local\Microsoft\Edge\User Data\Snapshots\120.0.2210.167\Default\History |
| File Created | 02/28/24 09:10:52 AM (-6:00 Central Standard Time) |
| Last Written | 02/27/24 04:24:07 PM (-6:00 Central Standard Time) |
| Last Accessed | 02/28/24 09:10:52 AM (-6:00 Central Standard Time) |
| MD5 | cce7a271381efdb20f67c665a1850928 |
| Start Sector | |
| Sector offset | |
| File Offset | 1,306,580 |
| Length | 87 |
| Comment | New website www.guardianpwm.com |

## Printer History

There was extensive printing history for both Mitchell and Wesley McCann, but almost no history for Nicole Obarto. Both the printing logs obtained from Ameriprise and the computer showed a large amount of printing in the last weeks before they resigned. Below is a list of the printing history of note:

| Date | Who | Item Type | Description | Data Points |
|---|---|---|---|---|
| 4/5/2024 | Wesley | Print Job | 55 pages of Client Viewer information | |
| 4/8/2024 | Wesley | Print Job | Client List - HH Primary Members Only-2024-04-08-14-02-20.xlsx | name, spouse name |
| 4/8/2024 | Wesley | Print Job | 152 pages of Client Viewer information | |
| 4/9/2024 | Wesley | Print Job | 151 pages printed of: Electronic Letterhead_Wesley_2021 (7) | |
| 4/11/2024 | Mitchell | Print Job | 6 print jobs (6 pp) of mixed client information and other docs | |
| 4/12/2024 | Wesley | Print Job | 35 pages printed of Electronic Letterhead_Wesley_2021 (7) | |
| 4/12/2024 | Mitchell | Print Job | 19 print jobs (38 pp) of mixed client information and other docs | |
| 4/15/2024 | Mitchell | Print Job | Banks on file.xlsx | name, acct type, trun. acct bank acct#, routing, bank name, acct owner, active date, eligibility, status |
| 4/15/2024 | Mitchell | Print Job | W4R AND STATE.xlsx | name, acct#, registration, plan type, instruction type, fed w/h, state code, opt choice, start date, close date, status |
| 4/15/2024 | Mitchell | Print Job | 27 print jobs (111 pp) of mixed client information and other docs | |
| 4/19/2024 | Mitchell | Print Job | 46 print jobs (136 pp) of mixed client information and other docs | |

Examination Report                                                  Case #: 2024-04-277

Page: 5

## Email Review

An email review was conducted of email from 4/1/24 to 4/23/24. The review showed many items with client information being sent from Wesley McCann to his personal gmail account: wmcc1212@gmail.com. Mitchell McCann also sent some emails to a personal email account with aol: smfg1234@aol.com. This email account was also found to be associated with other adults in his household as their primary client email address. Nicole Obarto's email did not show anything unusual.

Detail of email review:

| Date | Who | Item Type | Description | Email Address | # of Individuals | Data Points |
|---|---|---|---|---|---|---|
| 4/7/2024 | Mitchell | Email | Email to be sent to clients from personal email acct to ampf acct | smfg1234@aol.com | | |
| 4/7/2024 | Mitchell | Email | Why Letter.docx to aol acct | smfg1234@aol.com | | |
| 4/9/2024 | Mitchell | Email | Chat GBT - Why Letter 2.docx to aol acct | smfg1234@aol.com | | |
| 4/15/2024 | Wesley | Email | Untitled- for wes dubs.xlsx | wmcc1212@gmail.com | 412 | name, address, email address, phone numbers |
| 4/15/2024 | Wesley | Email | 2nd- for wes dubs.xlsx | wmcc1212@gmail.com | 412 | name, address, email address, phone numbers |
| 4/15/2024 | Wesley | Email | Untitled- prospects.xlsx | wmcc1212@gmail.com | 5202 | Campaign name, name, owner, status, email phone numbers |
| 4/18/2024 | Wesley | Email | prospects.xls | wmcc1212@gmail.com | 5202 | Campaign name, name, owner, status, email phone numbers |
| 4/18/2024 | Wesley | Email | For me.xlsx | smfg1234@aol.com | 412 | name, address, email, phone numbers |
| 4/18/2024 | Wesley | Email | Untitled- 22 attachments | wmcc1212@gmail.com | 20 | 22 attachments regarding income plans, dividend growth, etc |
| 4/18/2024 | Wesley | Email | Untitled- 9 attachments | wmcc1212@gmail.com | 9 | 9 attachments regarding 5 yr plans, income plans and dividend growth reports |
| 4/18/2024 | Wesley | Email | Untitled- 8 attachments | wmcc1212@gmail.com | 8 | 8 attachments regarding 5 yr plans, income plans and dividend growth reports |

Prepared by: Jen Swihart                                        Date of Report: 05/10/24

Examination Report                                                 Case #: 2024-04-277

Page: 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/18/2024 | Wesley | Email | Untitled- 14 attachments | wmcc1212@gmail.com | 14 | 14 attachments regarding 5 yr plans, income plans and dividend growth reports |
| 4/20/2024 | Wesley | Email | Untitled- Copy of For me.xlsx | wmcc1212@gmail.com | | name, address, email address, phone numbers |
| 4/21/2024 | Wesley | Email | CA.xlsx | wmcc1212@gmail.com | 715 | Client name, Acct Type, Plan Type, Ownership, Status, Group IDs, Servicing Advisor |

Prepared by: Jen Swihart                                           Date of Report: 05/10/24